# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 03-cr-00582-REB
(Civil Case No. 07-cv-01921-REB-MEH)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID LEROY HARTMAN,

    Defendant-Movant.

## ORDER RELEASING WRIT OF HABEAS CORUS AD TESTIFICANDUM

**Blackburn, J.**

This matter is before the court concerning the **Writ of Habeas Corpus Ad Testificandum** [#186] issued in this case on April 26, 2011. This writ was issued to permit the defendant-movant, David Leroy Hartman, to testify at a hearing held before this court on June 23, 2011. The hearing was held and Mr. Hartman testified at the hearing. The purpose of the writ has been served.

**THEREFORE, IT IS ORDERED** that the **Writ of Habeas Corpus Ad Testificandum** [#186] filed April 26, 2011, is **RELEASED**.

Dated February 17, 2012, at Denver, Colorado.

                                                       BY THE COURT:

                                                       *[signature: Bob Blackburn]*
                                                       Robert E. Blackburn
                                                       United States District Judge